UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No.: 2:23-cr-9-KCD-DNF

DENIS CASSEUS,

Defendant,

__________________________________/

# ORDER

Defendant Denis Casseus is back with a second request to end his supervised release early. (Doc. 97.) For the same reasons articulated in this Court's prior order (Doc. 96), the answer is still no.

Under 18 U.S.C. § 3583(e)(1), a court may terminate a term of supervised release after one year if doing so serves the "interest of justice." *Id.* But supervised release is not a mere afterthought to a prison term. It serves independent rehabilitative and deterrent ends. *United States v. Johnson*, 529 U.S. 53, 59 (2000). Thus, a defendant is not automatically entitled to early termination simply because he follows the rules for a period. Compliance with the law is the baseline expectation, not a special achievement warranting an early termination of supervision.

Casseus emphasizes his steady employment and clean disciplinary record under supervision. That is commendable, but it does not change the

math. He has only just crossed the one-year statutory floor of a three-year term. Cutting his supervision short when he has barely begun would fail to reflect the seriousness of his underlying fraud or provide adequate deterrence.

And then there is the matter of the money. Casseus still owes the vast majority (approximately $114,000) of the restitution he was ordered to pay. The Court previously gave him a clear roadmap, explaining that paying off the victims was his incentive and pathway to early termination. (Doc. 95 at 5.) Rewarding him with early termination now, while making minimum monthly payments with a massive balance remaining, would entirely frustrate the compensatory goals of his sentence.

On balance, the interests of justice do not warrant termination Casseus's supervised release. His motion (Doc. 97) is thus **DENIED**.

**ORDERED** in Fort Myers, Florida on September 15, 2026.

Kyle C. Dudek
United States District Judge